IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALENTINA ARCE,

        Plaintiff,

  v.

CITY OF RICHMOND,

        Defendant.

        No. C 09-01168 JSW

**ORDER OF REFERRAL**

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' mutual consent, this matter is HEREBY REFERRED to Magistrate Judge Joseph C. Spero for all purposes.

    **IT IS SO ORDERED.**

Dated: July 15, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom