JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF RICHMOND, Police Chief CHRIS MAGNUS;
Officers PATRICK DAVIS and ESTABAN BARRAGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA ARCE, as Successor in Interest to ALAN ARCE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RICHMOND, a Municipal Corporation; Police Chief CHRIS MAGNUS; Police Officers PATRICK DAVIS and ESTABAN BARRAGAN, and DOES 1 through 20,<br><br>Defendants. | Case No. C09-01168 JCS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DEADLINES<br><br>Judge: Hon. Joseph C. Spero<br>Dept: Courtroom A, 15th Floor<br><br>Trial Date: July 26, 2010 |

IT IS HEREBY STIPULATED between the parties as follows:

WHEREAS by Case Management and Pretrial Order ("Order") dated 8/25/09 (Document No. 26), non-expert and expert discovery deadlines as well as a dispositive motion hearing deadline, pretrial and trial dates were initially set in this case;

WHEREAS per that Order, fact discovery is scheduled to close on February 1, 2010, expert disclosures are due February 1, 2010, the expert discovery deadline is March 2, 2010, dispositive motions should be heard no later than April 2, 2010. The trial of this matter is set for July 26, 2010;

STIPULATION AND ORDER CONTINUING CASE
MANAGEMENT DEADLINES C09-01168 JCS

WHEREAS the parties have diligently proceeded with discovery in this matter. The parties have exchanged written discovery, have produced documents and are actively taking party and witness depositions.

WHEREAS due to the trial schedule of defense counsel, with a trial that was set to go forward in mid November (*DeArmand E. et al. v. City of Antioch et al.* (C08-01709 SI) (hereafter "*DeArmand* case")), discovery in other pending matters of defense counsel had to be set for December 2009. Unfortunately, due to the holidays, the number of available working days in December 2009 is limited. Further complicating the discovery process is the fact that defense counsel is set to start a two or so week jury trial with the Law Offices of John Burris, Plaintiffs' counsel in this matter, on January 11, 2010, in the matter of *Stringer et al. v. City of San Pablo, et al*, (C07-3544 MEJ) ("*Stringer* case"), which will likely last up to near the end of January 2010. Both lead trial counsel in this above entitled matter are also lead trial counsel in the *Stringer* matter.

WHEREAS the parties are concerned that they will not be able to complete fact discovery by the current set deadline of February 1, 2010, due to these circumstances and their best efforts and the parties may also need additional time for expert disclosures and discovery in line with any non-expert discovery extension. These matters were candidly discussed with the Court at the most recent case management conference and the Court had recommended that the parties prepare this stipulation for such additional time if need be.

WHEREAS counsel on both sides of this matter have met and conferred to come up with a revised schedule to the Court's Order in relation to such discovery issues, a plan that will not impact the current dispositive motion hearing date, pretrial conference or the trial date, as requested by the Court.

WHEREAS the parties have not previously continued the discovery dates included in the Court's Order.

Good cause is present to extend the currently set deadlines as follows:

| Deadline Description | Current Date | Proposed Modified Date |
|---|---|---|
| Close of Non-Expert Discovery | February 1, 2010 | February 26, 2010 |
| Expert Disclosure | February 1, 2010 | February 26, 2010 |
| Rebuttal Expert Disclosure | No current deadline | March 10, 2010 |
| Close of Expert Discovery | March 2, 2010 | March 31, 2010 |
| Dispositive Motion Hearing Date | April 2, 2010 | No change. |
| Pretrial Conference | July 16, 2010 | No change. |
| Trial Date | July 26, 2010 | No change. |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: December 4, 2009        McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP


By:   /s/ Noah G. Blechman
        James V. Fitzgerald, III
        Noah G. Blechman
        Attorneys for Defendants
        CITY OF RICHMOND, Police Chief CHRIS MAGNUS; Officers PATRICK DAVIS and ESTABAN BARRAGAN


Dated: December 4, 2009        LAW OFFICE OF JOHN L. BURRIS


By:   /s/ Steven Yourke
        John L. Burris / Steven Yourke.
        Attorneys for Plaintiffs
        VALENTINA ARCE, as Successor in Interest to ALAN ARCE

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DEADLINES C09-01168 JCS         3

## ORDER

The parties have demonstrated good cause to modify the Court's original Case Management Order of August 25, 2009 (Document No. 26), as follows:

| Deadline Description | New Deadline Date |
|---|---|
| Close of Non-Expert Discovery | February 26, 2010 |
| Expert Disclosure | February 26, 2010 |
| Rebuttal Expert Disclosure | March 10, 2010 |
| Close of Expert Discovery | March 31, 2010 |
| Dispositive Motion Hearing Date | No change (April 2, 2010) |
| Pretrial Conference | No change (July 16, 2010) |
| Trial Date | No change (July 26, 2010) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __12/08/09_____

By: _____
Honorable J[udge]
United States [Ma]gistrate Judge

*Judge Joseph C. Spero*